STEVEN M. RUBIN (SBN 090867)
lawbev@pacbell.net
JENNY L. WILKINSON (SBN 240643)
jwilkinson@stevenrubinlaw.com
THE RUBIN LAW CORPORATION
433 N. Camden Drive, Suite 725
Beverly Hills, CA 90210
Telephone: (310) 385-0777
Facsimile: (310) 288-0207

Attorneys for Plaintiff,
LAMA UGILEY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAMA UGILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ARAMCO SERVICES COMPANY, a Delaware Corporation erroneously sued as a Texas Corporation, KELLY SERVICES, INC., a Delaware Corporation, ABDULMAJEED KASHGARI, an individual, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: CV09-3758 VBF (JCx)<br><br>**ORDER TO CONTINUE TRIAL AND TRIAL RELATED DATES**<br><br>Judge:         Hon. Valerie Baker Fairbank<br>Magistrate: Hon. Jacqueline Chooljian<br><br>Complaint Filed:  April 2, 2009<br>Trial Date:           May 18, 2010<br><br>**[AS MODIFIED BY THE COURT]** |

Having read and considered the *Ex Parte* Application (doc. # 40), submitted in support of Defendants' Joint Request for an Order Continuing the Motion Filing and Expert and Non-Expert Discovery Cut-Off Dates and the Stipulation between the Parties to continue the Trial and Trial Related Dates by 120 days in this Matter (doc. # 41), and good cause appearing therefore, the Court hereby orders that pursuant to the parties' stipulation, the Court grants a continuance of the trial, and trial-related dates as follows:

/ / /

---

[PROPOSED] ORDER TO CONTINUE TRIAL AND TRIAL RELATED DATES        1        CV09-3758 VBF (JCx)

| | |
|---|---|
| Trial | _September 28, 2010_____ |
| Final Pre-Trial Conf. & MIL | _August 30, 2010_____ |
| Motion Filing Cutoff | _June 28, 2010_____ |
| Non–Expert Discovery Cutoff | _June 8, 2010_____ |
| Expert Discovery Cutoff | _July 13, 2010_____ |

The Court further finds as follows:

1. The parties' stipulation to allow Defendant Kelly Services to file an Amended Answer to Plaintiff's First Amended Complaint, as proposed in and attached to Defendants' *Ex Parte* Application (doc. # 40), is GRANTED.

2. Defendant Kelly Services is ordered to manually file its Amended Answer to Plaintiff's First Amended Complaint, pursuant to Local Rule 15-4.

3. All parties are deemed served with Defendant Kelly Services' Amended Answer to Plaintiff's First Amended Complaint.

In light of the parties' stipulation, Defendants' *Ex Parte* Application (doc. # 40) is taken off calendar as moot. Further extensions or continuances are strongly disfavored, absent a particularized showing of due diligence and good cause.

**IT IS SO ORDERED:**

Dated: 02/05/10

*Valerie Baker Fairbank*

JUDGE VALERIE BAKER FAIRBANK