IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAMA UGILEY,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAMCO SERVICES COMPANY, a Delaware Corporation erroneously sued as a Texas Corporation, KELLY SERVICES, INC., a Delaware Corporation, ABDULMAJEED KASHGARI, an individual, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: CV09-3758 VBF (JCx)<br><br>**ORDER PROHIBITING PLAINTIFF FROM INTIMIDATING AND HARASSING WITNESSES**<br><br>Judge:        Hon. Valerie Baker Fairbank<br>Magistrate:  Hon. Jacqueline Chooljian<br><br>Complaint Filed:  April 2, 2009<br>Trial Date:         May 18, 2010 |

Having reviewed the *Ex Parte* Application submitted in support of, and the opposition to, Defendants' Joint Request for an Order Prohibiting Plaintiff from Intimidating and Harassing Witnesses in This Matter, the Court hereby orders as follows:

1. Defendants' Request for an Order Prohibiting Plaintiff from Intimidating and Harassing Witnesses in This Matter is hereby GRANTED.

2. Plaintiff shall immediately cease intimidating, threatening, and

1 | harassing identified or potential witnesses in this litigation.

2. 3. Plaintiff is hereby prohibited from calling, texting, emailing, or in other ways contacting identified or potential witnesses with the intent to influence, delay, or prevent their testimony in an official proceeding.

4. Should Plaintiff violate this Order, Plaintiff shall be subject to the contempt proceedings of this Court.

5. All parties are deemed served.

APPROVED AND SO ORDERED:

Dated: February 10, 2010

*(signature: Valerie Baker Fairbanks)*

JUDGE VALERIE BAKER FAIRBANKS