1  HELENE J. WASSERMAN, Bar No. 130134
   hwasserman@littler.com
2  NATALIE A. RAINFORTH, Bar No. 259379                                    JS-6
   nrainforth@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  2049 Century Park East
   5th Floor
5  Los Angeles, CA  90067.3107
   Telephone: 310.553.0308
6  Fax: 310.553.5583

7  Attorneys for Defendants
   ARAMCO SERVICES COMPANY AND
8  ABDULMAJEED KASHGARI

9

10 MORRIS S. GETZELS, Bar No. 070947
   morris@getzelslaw.com
   MORRIS S. GETZELS LAW OFFICE
11 6047 Tampa Avenue, Suite 307
   Tarzana, CA  91356
12 Telephone: 818.881.5550/310.288.0200
   Fax: 818.881.5558/310.288.0215
13
   Attorney for Plaintiff
14 LAMA UGILEY

15

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMA UGILEY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ARAMCO SERVICES COMPANY, a Texas Corporation; KELLY SERVICES, INC., a Delaware Corporation; ABDULMAJEED KASHGARI, an individual, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. CV09-3758 VBF (JCx)<br><br>ASSIGNED TO THE HONORABLE VALERIE BAKER-FAIRBANK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. PROC. 41(A)]<br><br>Trial Date:  January 11, 2011<br>FAC Filed:  November 23, 2009 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

**GOOD CAUSE APPEARING THEREFOR:**

After reviewing the Parties' Stipulation Re Order Dismissing Lawsuit With Prejudice, IT IS HEREBY ORDERED, ADJUDGE AND DECREED THAT this action and each claim for relief therein is hereby dismissed with prejudice. Each party is to bear her or its own costs and attorneys' fees associated with the prosecution and defense of this matter.

**SO ORDERED.**

DATED: January 3, 2011

*/s/ Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER-FAIRBANK
UNITED STATES DISTRICT JUDGE

Firmwide:99145234.1 041009.1008

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.